

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Peter Michael Larey, Appellant

No. 06-24-00050-CR        v.

The State of Texas, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23M0742-CCL). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Peter Michael Larey, pay all costs incurred by reason of this appeal.

RENDERED APRIL 26, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk